USDC CLERK, COLUMBIA
RECEIVED
2018 AUG 21 PM 4: 29

**BEFORE THE U.S. DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA**
**Columbia Division**                                    **No. 18-cv-578-TLW-SVH**

**Marie Assa'ad-Faltas, MD, MPH,**                                    **Plaintiff,**
**vs.**

**Richland County Sheriff's Department (RCSD),** as employer of Deputy Pierce/Pearce;
**Leon Lott,** officially as Sheriff of Richland County (RC), South Carolina (SC) for injunctive relief;
**Former RCSD Deputy Pierce/Pearce,** individually for damages; and all their subordinates
and/or agents who did and/or intend to injure Plaintiff,    **Defendants.**

## Plaintiff's Timely Expert Identification
## In Compliance with this Court's Standing Scheduling Order in this Case

Marie Assa'ad-Faltas, MD, MPH, Plaintiff *pro se,* hereby timely notifies this Court and Defendants that she intends to use herself as an expert in Medicine and Surgery and in Epidemiology and Biostatistics. She discloses under penalty of perjury that she, thank God: (1) graduated WITH HONORS from Ain Shams University's School of Medicine in 1977; (2) in 1982, earned a Master's of Public Health ("MPH") from the University of North Carolina at Chapel Hill ("UNC-CH") in Epidemiology with advanced courses in Biostatistics and Demography; (3) in the 1980s, passed all necessary U.S. equivalency and licensure examinations; (4) since 1988, has held unrestricted license to practice Medicine and Surgery in Virginia; (5) was formally qualified and testified to the jury as a medical expert in a North Carolina Superior Court ("NCSC") trial; (6) was identified and deposed as a medical expert in two separate cases then pending in two NCSCs; (7) was identified and deposed as a medical expert in a case then pending in Lexington County, SC, Circuit Court; (8) was formally qualified and testified as a medical expert in a Union County, SC, bench trial; (9) testified as a medical expert in one case then pending in Richland County Probate Court; (10) formally testified as medical expert in one administrative proceeding in South Carolina; (11) affied as a medical expert in several cases; and (12) was formally qualified and testified as a medical expert to the jury in her own *pro se* defense in a misdemeanor case which ended in a not-guilty verdict. Her testimony as a medical expert was also received, over the City of Columbia's objection, in a counseled bench trial of a misdemeanor.

Dr. Assa'ad-Faltas, who has not otherwise updated her *curriculum vita,* plans to, God willing, testify in this case about the effects of Defendants' acts on her own health and about her evaluation with any applicable meta-analysis of published and unpublished studies on law enforcement generally and on law-enforcement-officers' misconduct in particular.

Should there be need to enhance the one video and/or the one audio incorporated by reference in her first amended complaint, Plaintiff *might* call a media expert but has not identified one yet.

No written report was prepared by the expert(s) herein identified.

This timely identification is subject to amendment/supplementation as the needs of the case may require.

**Respectfully submitted, on 21 August 2018 and served both by hand-delivery and e-mail to Defendants' counsel on the date of filing, all God so willing.**

**Marie Assa'ad- Faltas, MD, MPH, Plaintiff** *pro se*
**P.O. Box 9115, Columbia, SC 29290**
**Phone: (803) 783 – 4536        Cell: (330) 232 – 4164**
**e-mail: Marie_Faltas@hotmail.com and MarieAssaadFaltas@GMail.com**